UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Robert D. Lewis,

    Plaintiff,

    v.                                                    Case No. 2:12–cv–490

Commissioner of Social Security,        Judge Michael H. Watson

    Defendant.

## ORDER

On September 25, 2014, United States Magistrate Judge Kemp, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 14-01 for the Southern District of Ohio Eastern Division, filed a Report and Recommendation ("R&R") concerning the disposition of Robert D. Lewis's ("Plaintiff") Motion for Attorney Fees in this Social Security case. ECF No. 19. Judge Kemp determined that Plaintiff was entitled to fees, but, noting flaws in the calculation of the hourly rates, ordered the parties to agree on the rates reflected in the R&R or to submit additional documentation. *Id*. In response, Plaintiff stipulated to the rates set forth in the R&R and waived any opportunity to supplement documentation. ECF No. 20. Defendant has not responded.

Thereafter, on October 14, 2014, Judge Kemp issued another R&R recommending granting Plaintiff's motion for fees in substantial part as outlined in his initial R&R. ECF No. 21. Judge Kemp notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). R&R 2, ECF No. 21.

Judge Kemp further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.*

On October 14 and 15, 2014, Defendant and Plaintiff, respectively, filed responses indicating they have no objections to the R&R. ECF Nos. 22 & 23. Accordingly, the R&R, ECF No. 19, is **ADOPTED,** and Plaintiff's motion for attorney fees, ECF No. 12, is granted to the extent outlined in the R&R, ECF No. 21.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**